UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MAXINE HARRINGTON, ET AL     CIVIL ACTION

VERSUS     NO. 08-4810

GULF STREAM COACH, INC., ET AL     SECTION "C" (4)

ORDER AND REASONS

IT IS ORDERED that the motion to dismiss plaintiffs' amended and supplemental complaint is PARTIALLY GRANTED and PARTIALLY DENIED. (Rec. Doc. 42). The amended and revised supplemental complaint still does not sufficiently set forth the citizenship of the parties. Counsel for the plaintiffs should research the jurisdictional requirements. This alone renders the amended and revised supplemental complaint defective. (Rec. Doc. 32). Despite the Court's previous order, the plaintiffs include non-LPLA claims against manufacturers. (Rec. Doc. 31). If the plaintiffs intend to pursue such claims, they have failed to specify the source of each claim as previously ordered.

IT IS FURTHER ORDERED that the plaintiffs shall amend their complaint within ten days from the date of this order. No further opportunities for amendment to cure deficiencies shall be allowed and, if appropriate, the Court will impose sanctions under

Fed. R. Civ. P. 11 for any claim asserted that is precluded by the LPLA or other applicable law.

New Orleans, Louisiana, this 15th day of June, 2009.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE